UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PLAZA DEL SOL, LLC,<br><br>　　　　　　　　Defendant. | Case No.: 18cv1809-LAB (JMA)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 15) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: December 19, 2018

*/s/ Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge

1

18cv1809-LAB (JMA)